UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KAREN ELIAS CLAVET,<br><br>*Plaintiffs,*<br><br>vs.<br><br>LINCOLN SCHOOL COMMITTEE and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN<br><br>*Defendants.* | C.A. No. 04-374T |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (2757), hereby enter my appearance on behalf of the Defendant, Lincoln School Committee and Steve Woerner, Finance Director, Town of Lincoln in the above-captioned matter.

Defendants,
By Their Attorneys,
DESISTO LAW

[signature]

Marc DeSisto, Esquire (2757)
211 Angell Street
Providence, RI 02906
Tel: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

SCANNED

4

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was hand-delivered on this 31st day of August 2004 to:

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Libertics Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax. (401) 621-8553

Benjamin M. Scungio, Esq.
Counsel for the Lincoln School Committee
BRENNAN, RECUPERO, CASCIONE, SCUNGIO & MCALLISTER, LLP
362 Broadway
Providence, RI 02909

[signature]