**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
AUG 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET,
Plaintiff,

v. C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE;
and in their official and individual
capacities, SCOTT BARR, Chairperson,
ERIN CASEY, and GERARD ST.
GERMAINE; in their official capacities
SUSAN McCLAIN and JEFFREY WEISS;
and in his official capacity, STEVE
WOERNER, FINANCE DIRECTOR,
TOWN OF LINCOLN,
Defendants.

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Now comes Plaintiff, Karen Elias Clavet, and moves this Court for a Temporary Restraining Order, pursuant to Fed. R. Civ. P. 65, directing Defendants to appoint Plaintiff to a teaching position in the Lincoln public school system and enjoining Defendants from retaliation against Plaintiff for her political activities in violation of the First and Fourteenth Amendments to the United States Constitution and Article 1 §21 of the Rhode Island Constitution. In the alternative, Plaintiff seeks an order enjoining Defendants from conducting a new search and/or enjoining Defendants from hiring an individual to fill the teaching position(s).

In support of this Motion, Plaintiff relies on the Memorandum of Law and Affidavit filed contemporaneously herein.



SCANNED

6

Respectfully submitted,
On behalf of the Plaintiff
By her attorney,

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Liberties Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

DENIED
Ernest C. Torres
Chief, US District Judge
8/31/04

August 30, 2004

## CERTIFICATION

I certify that a copy of this Motion was sent via fascsimile to Benjamin M. Scungio, Esq., counsel for the Lincoln School Committee, at BRENNAN, RECUPERO, CASCIONE, SCUNGIO & MCALLISTER, at (401) 453-2345 on August 30, 2004, and that I notified counsel of the filing of this Motion by telephone call on August 27, 2004 and August 30, 2004.

Jennifer Azevedo, Esq. (#6462)