UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KAREN ELIAS CLAVET,<br><br>*Plaintiffs,*<br><br>vs.<br><br>LINCOLN SCHOOL COMMITTEE and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN<br><br>*Defendants.* | C.A. No. 04-374T |

**ACCEPTANCE OF SERVICE**

I, Marc DeSisto, hereby indicate that I am authorized and therefore accept service of process for Defendants, Lincoln School Committe, Scott Barr, Erin Casey, Gerard St. Germaine, Jeffrey Weiss and Steven Woerner, Finance Director, Town of Lincoln.

Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

SCANNED



6

*{Original C.A. 04-374T}*

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within First Set of Interrogatories was mailed, postage prepaid, on this 27th day of September, 2004 to:

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Liberties Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax. (401) 621-8553

Melody Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
Tel: (401) 331-1434
Fax: (401) 351-9653

Laura Sorge