UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET,

*Plaintiffs,*

vs.

LINCOLN SCHOOL COMMITTEE and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN

*Defendants.*

C.A. No. 04-374T

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (2757), hereby enter my appearance on behalf of the Defendants, Scott Barr, Chairperson, Erin Casey, Gerard St. Germaine and Jeffrey Weiss in the above-captioned matter.

Defendants,
By Their Attorneys,
DESISTO LAW

Marc DeSisto, Esquire (2757)
211 Angell Street
Providence, RI 02906
Tel: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

SCANNED

7

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid on this 27th day of September 2004 to:

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Libertics Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax. (401) 621-8553

Melody Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
Tel: (401) 331-1434
Fax: (401) 351-9653

Laura Saye