UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET,

*Plaintiffs,*

vs.

LINCOLN SCHOOL COMMITTEE and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN

*Defendants.*

C.A. No. 04-374T

**ANSWER**

Now come Defendants—Lincoln School Committee, Scott Barr, Erin Casey, Gerard St. Germaine, Jeffrey Weiss Steve Woerner, Finance Director, Town of Lincoln and hereby answer Plaintiffs' Complaint for declaratory and injunctive relief and for damages as follows:

1. These defendants make no response to the allegations contained in paragraphs 1, 2, 3, 4, 5 and 6 in that portion of Plaintiffs' Complaint entitled, "Jurisdiction and Venue" and leave plaintiff to her proof of same.

2. These defendants admit the allegations contained in paragraphs 7, 9, 10, 11 and 12 of that portion of Plaintiffs' Complaint entitled, "Parties."

3. These defendants make no response to the allegations contained in paragraphs 8 and 13 and leave plaintiff to her proof of same in that portion of Plaintiffs' Complaint entitled, "Parties".



SCANNED

8

4. These defendants deny the allegations, claims and requests for relief set forth in paragraphs 14 and 15 of that portion of Plaintiffs' Complaint entitled, "II. Preliminary Statement."

5. These defendants admit the allegations contained in paragraphs 16, 35, 37, 41, 43 and 47 of that portion of Plaintiffs' Complaint entitled, "Facts."

6. These defendants cannot admit or deny the allegations contained in paragraphs 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 42, 48, 49 and 50 of that portion of Plaintiffs' Complaint entitled, "Facts" as defendants are without knowledge or information sufficient to form a belief as to the truth of the facts alleged; otherwise denied.

7. These defendants deny the allegations contained in paragraphs 28, 29, 30, 31, 32, 33, 34, 36, 38, 39, 40, 44, 45, 46, 50, 51, 52, 53 and 54 of that portion of Plaintiffs' Complaint entitled, "Facts".

8. These defendants deny the allegations contained in paragraphs 55, 56, 57 and 58 of that portion of Plaintiffs' Complaint entitled, "First Cause of Action".

9. These defendants deny the allegations contained in paragraphs 59, 60 and 61 of that portion of Plaintiffs' Complaint entitled, "Second Cause of Action".

10. These defendants deny and object to the relief requested in that portion of the Plaintiffs' Complaint entitled, "Prayer for Relief".

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

*(Original C.A. No. 04-374T)*

SECOND AFFIRMATIVE DEFENSE

These defendants plead all common law and statutory immunity including legislative immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff lacks the standing to proffer a complaint in this matter.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim for which relief may be granted.

**These defendants demand trial by jury.**

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

*(Original C.A. No. 04-374T)*

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 27th day of September, 2004 to:

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Libertics Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax. (401) 621-8553

Melody Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
Tel: (401) 331-1434
Fax: (401) 351-9653

Laura Sayze