**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

KAREN ELIAS CLAVET,
Plaintiff,

Vs. C. A. NO.: 04-374T

LINCOLN SCHOOL COMMITTEE,
And their official and individual
Capacities, SCOTT BARR, Chairperson,
ERIN CASEY, and GERARD ST.
GERMAINE, in their official capacities
SUSAN McCLAIN and JEFFREY WEISS,
and in his official capacity, STEVE
WOERNER, FINANCE DIRECTOR,
TOWN OF LINCOLN,
Defendants.

**ENTRY OF APPEARANCE**

I, Melody A. Alger, Esquire, hereby enter my appearance on behalf of the defendant, SUSAN McCLAIN.

Defendant,
Susan McClain,
By her Attorneys,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

SCANNED

9

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Jennifer Azevedo, Esquire
Cooperating Attorney
Rhode Island Affiliate,
American Civil Liberties Union
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903

Benjamin M. Scungio, Esquire
BRENNAN, RECUPERO, CASCIONE, SCUNGIO
& MCALLISTER
362 Broadway
Providence, RI 02903

Marc DeSisto, Esquire
DESISTO LAW
211 Angell Street
PO Box 2563
Providence, RI 02903

on this 1 day of **October**, 2004.

[signature]