**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KAREN ELIAS CLAVET,<br>Plaintiff,<br><br>v.<br><br>LINCOLN SCHOOL COMMITTEE; and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN,<br>Defendants. | C.A. No. 04-374T |

**NOTICE OF DEPOSITION**

DATE: Monday, November 8, 2004

TIME: 2:00 P.M.

PLACE: GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903

DEPONENT: ARTHUR CAMPBELL

PLEASE TAKE NOTICE that the Plaintiff, by and through her counsel, will take the testimony on oral examination of the above-named deponent at the date and time indicated herein, and thereafter from day to day until completed, before a notary public in the State of Rhode Island, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.



SCANNED

12

On behalf of the Plaintiff,
By her attorney,

Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: October 26, 2004

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing Notice of Deposition to be sent first-class mail, postage prepaid on this 26th day of October, 2004, to the following parties of record:

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Benjamin M. Scungio, Esq.
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909