**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

KAREN ELIAS CLAVET,
Plaintiff,

Vs. C. A. NO.: 04-374T

LINCOLN SCHOOL COMMITTEE,
And their official and individual
Capacities, SCOTT BARR, Chairperson,
ERIN CASEY, and GERARD ST.
GERMAINE, in their official capacities
SUSAN McCLAIN and JEFFREY WEISS,
and in his official capacity, STEVE
WOERNER, FINANCE DIRECTOR,
TOWN OF LINCOLN,
Defendants.

FILED
OCT 05 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANT, SUSAN McCLAIN'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Now comes the defendant, Susan McClain pursuant to Rule 12(b)(6) and hereby moves for dismissal of Susan McClain in her official capacity as a Lincoln School Committee Member. As grounds therefore, plaintiff relies on the accompanying Memorandum of Law attached hereto and filed herewith.

Defendant,
Susan McClain,
By her Attorneys,

GRANTED

Ernest C. Torres
District Judge
11/2/04

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

20