UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET

V. C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, et als

**ENTRY OF APPEARANCE**

I, Kevin J. McAllister, #2641, hereby enter my appearance as co-counsel for Defendants Scott Barr, Erin Casey, Gerard St. Germaine and Jeffrey Weiss in the above-captioned matter.

Defendants Barr, Casey, St. Germaine and Weiss, by their Attorneys,

Kevin J. McAllister, Esq. (#2641)
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
453-2300; fax 453-2345

Dated: October 29, 2004

21

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the within Entry of Appearance, by first class mail, postage prepaid, on October 29, 2004, to the following counsel of record:

Jennifer Azevedo, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Melody Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, suite 101
Providence, RI 02903