**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

KAREN ELIAS CLAVET,
Plaintiff,

v.

LINCOLN SCHOOL COMMITTEE; and in their official and individual capacities, SCOTT BARR, Chairperson, ERIN CASEY, and GERARD ST. GERMAINE; in their official capacities SUSAN McCLAIN and JEFFREY WEISS; and in his official capacity, STEVE WOERNER, FINANCE DIRECTOR, TOWN OF LINCOLN,
Defendants.

C.A. No. 04-374T

FILED
JAN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRE-TRIAL ORDER**

Now comes Plaintiff, through counsel, and hereby moves this Court for an order enlarging the pre-trial discovery deadline to April 1, 2005. Plaintiff's counsel's position at her current law firm has just recently been eliminated, and she is in the process of arranging for a new position elsewhere. Plaintiff's counsel submits that the extension for discovery will provide adequate time for her to move into a new position, or in the alternative, have the case reassigning to another volunteer attorney through the ACLU/RI for completion of litigation. Plaintiff's counsel has conferred with Defendants' counsel, and Defendants have no objection to this Motion.

Accordingly, Plaintiff respectfully requests that this Court enlarge the time to complete discovery until April 1, 2005. Plaintiff further requests that the other dates set forth in the Court's Pre-Trial Order be likewise adjusted to reflect this additional time.



25

GRANTED. No further extensions will be granted.

Ernest C. Torres, Chief Judge
2/5/05

Respectfully submitted,
KAREN ELIAS CLAVET,
By her attorney,

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate,
American Civil Liberties Union
128 Dorrance Street, Suite 220
Providence, RI 02903
Tel. (401) 787-0921
Fax (401) 831-7175

Dated: January 25, 2005

## CERTIFICATION

I hereby certify that on this 25th day of January, 2005, I mailed a copy of the foregoing Joint Motion to Extend Discovery Period first-class, postage prepaid to the following parties of record:

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906