UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET,
Plaintiff,

v. : C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, et al.,

Defendants.

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MEMORANDA**

Now comes the parties, through counsel, and hereby move this Court for an Order extending time in which to file their respective pretrial memoranda. Pretrial memoranda are due in this matter on June 1, 2005. Counsel respectfully request an extension of two weeks, up to and including June15, 2005, in which to file their pretrial memoranda.

On behalf of the Plaintiff,
By her attorney,

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney,
Rhode Island Affiliate
American Civil Liberties Union
Law Offices of J. William H. Harsch & Associates
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

On behalf of the Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906
Tel. (401) 272-4442
Fax (401) 272-9937

Dated: May 31, 2005

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, [illegible]
6/7/05