UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KAREN ELIAS CLAVET,

Plaintiff,

v. C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, et al.,

Defendants.

ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE OUT OF TIME A MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS BARR, CASEY AND ST. GERMAINE IN THEIR INDIVIDUAL CAPACITIES

Defendants' Motion for Leave to File Out of Time a Motion to Dismiss Claims Against Defendants Barr, Casey and St. Germaine in their Individual Capacities is denied on the ground that Plaintiff contends that she has not waived her claim for money damages against the Defendants in their individual capacities.

The denial is without prejudice to any right the Defendants may have to move to exclude evidence of money damages if it is alleged that the Plaintiff misled the Defendants into believing that no claim for money damages was being made and the Defendants relied on such representations to their detriment.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: August 9, 2005