AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Karen Elias-Clavet v. Lincoln School Committee, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-374T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Jennifer Azevedo, Esq. | Marc DeSisto, Esq; Kevin McAllister, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2005 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/31/05 | | | W-1 Susan McClain |
| 9 | | 10/31/05 | X | FULL | Agenda for Lincoln School Committee Meeting 7/14/04 |
| 10 | | 10/31/05 | X | FULL | Agenda for Lincoln School Committee Meeting 8/14/04 |
| 11 | | 10/31/05 | X | FULL | Agenda for Lincoln School Committee Meeting 8/25/04 |
| 12 | | 10/31/05 | X | FULL | Agenda for Lincoln School Committee Meeting 9/13/04 |
| | | 10/31/05 | | | W-2 Arthur Campbell |
| | | 10/31/05 | | | W-3 Mary Ann Canning-McComiskey |
| 7 | | 10/31/05 | X | | Letter to Gerard St. Germain from Mary Ann Canning-McComiskey |
| | | 10/31/05 | | | W-4 John Tindall-Gibson |
| | | 10/31/05 | | | W-5 Jeffrey Weiss |
| | | 10/31/05 | | | W-6 Karen Elias-Clavet |
| 1 | | 10/31/05 | X | FULL | Advertisement for Art Teaching Position at Lincoln High School |
| 2 | | 10/31/05 | X | FULL | Karen Elias-Clavet's Application packet for the Art Teaching position at LHS |
| | | 10/31/05 | | | W-7 Erin Casey |
| | | 10/31/05 | | | W-8 Gerard St. Germain |
| | | 10/31/05 | | | W-9 Scott Barr |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.