UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN ELIAS-CLAVET
Plaintiff

vs.                                              C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, ET AL.
Defendants

**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

For reasons stated in open court, Defendants' Motion for Judgment as a Matter of Law as to Erin Casey, Scott Barr and Gerard St. Germain, in their individual capacities, is hereby granted. Court reserves judgment on Motion as it pertains to Stephen Woerner, Jeffrey Weiss, Erin Casey, Scott Barr and Gerard St. Germain, in their official capacities, The Town of Lincoln and The Lincoln School Committee.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date:   11/3/05