**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KAREN ELIAS-CLAVET
Plaintiff

vs. C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, ET AL.
Defendants

**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

For reasons stated in open court, Defendants' Motion for Judgment as a Matter of Law as to Erin Casey, Scott Barr and Gerard St. Germain, in their individual capacities, is hereby granted. Court reserves judgment on Motion as it pertains to Stephen Woerner, Jeffrey Weiss, Erin Casey, Scott Barr and Gerard St. Germain, in their official capacities, The Town of Lincoln and The Lincoln School Committee.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres
date: 11/3/05