**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KAREN ELIAS-CLAVET
Plaintiff

vs. C.A. No. 04-374T

LINCOLN SCHOOL COMMITTEE, ET AL.
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the granting of Defendants' Motion for Judgment as a Matter of Law and the Court's bench decision on November 3, 2005, Judgment hereby enters in favor of Defendants, Steve Woerner, in his official capacity as Finance Director for the Town of Lincoln; The Lincoln School Committee; Scott Barr, Erin Casey and Gerard St. Germain in their official and individual capacities and Jeffrey Weiss, in his official capacity.

Enter:

Lucia Cristina Leyva

Deputy Clerk

Dated: November 15th, 2005